# EXHIBIT A

## IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS

| | | |
|---|---|---|
| ESMERALDA GARCIA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 20CV02026 |
| | ) | |
| v. | ) | |
| | ) | |
| SAM'S WEST, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS SAM'S WEST, INC.'S AND WALMART INC.'S
### <u>NOTICE OF FILING NOTICE OF REMOVAL</u>

I hereby certify that a copy of the Notice of Removal in the above-styled action has been

filed in the United States District Court for the District of Kansas, on this 17th day of July, 2020.

A copy of the Notice of Removal is attached hereto as Exhibit A.

Respectfully Submitted,

*/s/ James R. Jarrow*
BAKER STERCHI COWDEN & RICE, L.L.C.
James R. Jarrow          KS# 14287
Kehl D. Friesen          KS# 28204
9393 W. 110th St., Suite 500
Overland Park, KS 66210
(913) 451-6752
Fax: (816) 472-0288
E-mail: jarrow@bscr-law.com
E-mail: kfriesen@bscr-law.com

**ATTORNEYS FOR DEFENDANTS**
**SAM'S WEST, INC. AND WALMART INC.**

EXHIBIT A

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 16th day of July, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court, using the Court's electronic filing system, which will send notification of the following to all counsel of record.


*/s/ James R. Jarrow*

2

EXHIBIT A

20CV02026
Div7

## IN THE DISTRICT COURT OF JOHNSTON COUNTY, KANSAS
## CIVIL COURT DEPARTMENT

| | | |
|---|---|---|
| **ESMERALDA GARCIA** | ) | |
| 2832 Highland Drive | ) | |
| Kansas City, KS 66106 | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| vs. | ) | |
| | ) | Division |
| **SAM'S WEST, INC.** | ) | |
| 12200 W. 95th Street | ) | Chapter 60 |
| Lenexa, KS 66215 | ) | |
| **WALMART INC.** | ) | |
| 708 SW 8th Street | ) | |
| Bentonville, AR 72716 | ) | |
| Defendants, | ) | |

## PETITION PURSUANT TO K.S.A. CHAPTER 60

The Plaintiff, Esmerlada Garcia, alleges the following through her attorney, Brent Johnston:

1.      Plaintiff is a resident of Wyandotte County, Kansas with a current address of 2832 Highland Drive, Kansas City, Kansas 66106.

2.      Defendant Sam's West, Inc., is a corporation registered to perform work in the State of Kansas.  The registered agent for Sam's West, Inc. is The Corporation Company, Inc. This defendant can be served at its registered office, located at 112 SW 7th Street, Suite 3C, Topeka, Kansas 66603, or at its physical location, 12200 W. 95th Street, Lenexa, Kansas 66215.

3.      Defendant Walmart Inc., a corporation registered to perform work in the State of Kansas, owns Sam's West, Inc.  The registered agent for Walmart Inc. is The Corporation Company, Inc.  This defendant can be served at its registered office, located at 112 SW 7th Street, Suite 3C, Topeka, Kansas 66603, or at its primary physical address, 708 SW 8th Street, Bentonville, Arkansas 72716.

*Clerk of the District Court, Johnson County Kansas*
*05/12/20  03:52pm MM*

EXHIBIT A

4.      On May 12, 2018, Plaintiff Esmeralda Garcia was shopping at Sam's West, Inc, located at 12200 W 95th Street, Lenexa, Kansas 66215.  The Defendants owed a duty to Plaintiff and all other customers in the store to provide and maintain a safe environment to shop.  The Defendants negligently performed their respective duties by failing to ensure that the floor inside Sam's West, Inc. was clean and dry.  As a direct result of this negligence, while shopping in Defendant's store, Plaintiff slipped on a wet, dirty floor and fell to the ground, sustaining serious physical injuries.

5.      The negligence of the Defendants Sam's West, Inc. and Walmart Inc. included but was not limited to:

    a.   Failure to provide and maintain clean, safe, and dry conditions for shopping.

    b.   Failure to properly mark or designate wet, dangerous, and hazardous conditions that would foreseeably cause injury to others.

    c.   Failure to provide adequate warning to its customers of wet and dangerous conditions in the store.

    d.   Failure to promptly clean and dry the dirty and wet floors in the store.

6.      As the direct and proximate result of Defendants Sam's West, Inc.'s and Walmart Inc.'s negligence, Plaintiff Esmeralda Garcia suffered and continues to suffer severe and permanent injuries including but not limited to her neck, back, right hip, right leg, neck, right shoulder, right arm, and head; past and future medical expenses; past and future loss of wages; impairment of future earning capacity; pain, suffering, mental anguish, disability, and other injuries and damages in excess of $75,000.00.

*Clerk of the District Court, Johnson County Kansas*
*05/12/20  03:52pm MM*

EXHIBIT A

Plaintiff Esmeralda Garcia requests damages against Defendants Sam West, Inc and Walmart Inc in a sum in excess of $75,000.00; for her costs; and for such other and further relief as the Court deems just and proper.

Respectfully submitted by:

Brent Johnston, #24452
Johnston Law PC
4 Westowne Street #400
Liberty, MO 64068
Phone: (816)883-8481
Fax: (816-865-5261
Email: brent@johnston.law
Attorney for Plaintiff

## DEMAND FOR JURY TRIAL

The Plaintiff requests a trial by jury on all issues triable by a jury in the above matter.

Brent Johnston

*Clerk of the District Court, Johnson County Kansas*
*05/12/20  03:52pm MM*

EXHIBIT A

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT


ESMERALDA GARCIA

                    Plaintiff                         Case No: 20CV02026

           vs                                           Division:   7

                                                  K.S.A. Chapter 60

SAM'S WEST INC

                    Defendant


REQUEST AND SERVICE INSTRUCTION FORM


To:  Clerk of the District Court:


Please issue a SUMMONS and PETITION in this action for SAM'S WEST INC whose address for
service is:

      12200 W. 95TH STREET
      LENEXA, KS 66215


Service by an authorized process server.


PLEASE SERVE THE PETITION AND SUMMONS ON A MANAGER AT THE PRIMARY
ADDRESS, OR SERVE THE REGISTERED AGENT, THE CORPORATION COMPANY, AT 112
SW 7TH STREET, SUITE 3C, TOPEKA, KANSAS 666603 2ND ADDR 112 SW 7TH STREET,
SUITE 3C, TOPEKA, KS 66603


                          By: /s/ BRENT MICHAEL JOHNSTON
                          BRENT MICHAEL JOHNSTON, #24452
                          4 WESTOWNE STREET #400
                          LIBERTY, MO 64068
                          816-883-8481


*Clerk of the District Court, Johnson County Kansas*
*05/12/20  03:52pm MM*

EXHIBIT A

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT


ESMERALDA GARCIA

                Plaintiff                            Case No: 20CV02026

        vs                                      Division:   7

                                          K.S.A. Chapter 60

SAM'S WEST INC

                Defendant


REQUEST AND SERVICE INSTRUCTION FORM


To:  Clerk of the District Court:


Please issue a SUMMONS and PETITION in this action for WALMART INC whose address for service is:

      112 SW 7TH STREET, SUITE 3C
      TOPEKA, KS 66603


Service by an authorized process server.


PLEASE SERVE THE PETITION AND SUMMONS ON THE REGISTERED AGENT, THE CORPORATION COMPANY, OR SERVE BE CERTIFIED MAIL AT THE CORPORATE HEADQUARTERS 2ND ADDR 708 SW 8TH STREET, BENTONVILLE, AR 72716


                    By: /s/ BRENT MICHAEL JOHNSTON
                    BRENT MICHAEL JOHNSTON, #24452
                    4 WESTOWNE STREET #400
                    LIBERTY, MO 64068
                    816-883-8481


*Clerk of the District Court, Johnson County Kansas*
*05/12/20  03:52pm MM*

EXHIBIT A